UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIREZA KOOCHAKKHANI, et al.,<br>Plaintiffs.<br>v.<br>CONTRA COSTA COUNTY, et al.,<br>Defendants. | Case No. 17-cv-02761-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on May 31, 2019, before this Court in the above-entitled case. Plaintiff was not present. Defendant SMP Construction was not present.

IT IS HEREBY ORDERED that Plaintiff and Defendant SMP Construction appear on **June 7, 2019, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for failure to appear at the further case management conference on May 31, 2019, and for failure to comply with the Court's Order of April 29, 2019.[ECF 68]. A further case management conference is also scheduled for **June 7, 2019**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: June 3, 2019

JOSEPH C. SPERO
Chief Magistrate Judge